# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0411
Lower Tribunal No. 2022-CF-010661-A000-XX

———————————————

TREVIN MARCUS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Susan L. Barber, Judge.

March 24, 2026

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Trevin Marcus, Chattahoochee, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED